# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0815

VERSUS

GARY BROWDER                                    **DECEMBER 4, 2024**

---

In Re:    Gary Browder, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          0871-F-2023.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the probation officer's narrative report (State exhibit 2), and the police incident report for the December 22, 2023, arrest (State exhibit 3), which were introduced into evidence at the probation revocation hearing, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 30, 2024. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

EW
SMM

**Greene, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT